E-filing

ORIGINAL FILED
DEC 27 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  AMAMGBO & ASSOCIATES
   DONALD AMAMGBO, ESQ.
2  7901 Oakport Street, Suite 4900
   Oakland, CA 94621
3  Telephone:  510-615-6000
   Facsimile:  510-615-6025
4

5  REGINALD TERRELL
   THE TERRELL LAW GROUP
6  223 25th Street
   Richmond, CA 94804
7  Telephone:  510-237-9700
   Facsimile:  510-237-4616
8  Email: reggiet2@aol.com

9
   Attorneys for Plaintiff
10 Charles Amamgbo

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14                                              C06-07911  CW   ADR

15 CHARLES AMAMGBO, on behalf of himself     Case No.:
   and all others similarly situated,
16                                            **CLASS ACTION**
                   Plaintiff,
17                                            **COMPLAINT FOR VIOLATIONS OF**
          v.                                  **THE SHERMAN ANTITRUST ACT**
18                                            **(15 U.S.C. § 1)**
   BRITISH AIRWAYS, PLC, a United
19 Kingdom corporation; VIRGIN ATLANTIC       **DEMAND FOR JURY TRIAL**
   AIRWAYS LIMITED, a United Kingdom
20 corporation; and UNITED AIR LINES, INC.,
   a Delaware corporation,
21
                   Defendants.
22

23

24

25

26

27

28

                                                                            1
COMPLAINT FOR VIOLATIONS OF THE SHERMAN ANTITRUST ACT (15 U.S.C. §1)