IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES AMAMGBO,

    Plaintiff,

  v.

BRITISH AIRWAYS, PLC.,

    Defendant.

                                 /

No. C 06-07911 CW

CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for April 13, 2007, is continued to **May 22, 2007, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 4/11/07

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk